IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN R. THOMAS,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 18-cv-210-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Melvin R. Thomas denying Thomas's motion to vacate under 28 U.S.C. § 2255 and dismissing his petition for failure to state a plausible claim for relief.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | January 27, 2022 |
| Peter Oppeneer, Clerk of Court | Date |