United States District Court for the Western District of Wisconsin:

Melvin R. Thomas
      Petitioner,

-vs-

United States of America
      Respondant,

          Case #18-CV-210
          Case #12 CR-155

Petitioner's Motion for Notice of Appeal.

Petitioner Melvin Thomas, Pro'se Litigant filed this Motion in the U.S. District Court for the Western District of Wisconsin.
The District Court Denied Petitioners 2255 Motion and It Is Required under Rule 3 for Notice of Appeal in a Timely fashion.

Petitioner filed this Notice of Appeal

for the REASON of A CERTIFICATE of APPEALability which will be filed timely.

THE District court must Properly construe THIS motion based on <u>HAINES -VS- KERNER 404 U.S. 519 520-21 (1972) AND Hall -VS- BELLMON 935 f2d 1106 1110 (10th CIR. 1991.)</u>

### Certificate of Service

I MELVIN THOMAS, filed this motion for NOTICE of APPEAL to the DISTRICT Court for the WESTERN District of WISCONSIN.

SIGN: Mel~ TH
DATE: 2-24-22

C.C. file:
Copy
7th CIR. fed. courts chicago, IL